FILED by **KZ** D.C.
ELECTRONIC

**Jun 1, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-80079-CR-MARRA/HOPKINS**

Case No. _____

26 U.S.C. § 7206(1)

UNITED STATES OF AMERICA,

vs.

CRAIG E. MESKIN,

> Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

That on or about October 6, 2008, in Palm Beach County, in the Southern District of Florida, the defendant,

**CRAIG E. MESKIN,**

a resident of Palm Beach County, Florida, did willfully make and subscribe a 2007 United States Individual Income Tax Return, IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and filed with the IRS, which tax return he did not believe to be true and correct as to every material matter in that the tax return reported S Corporation income on line 17 as $45,365.00, and taxable income on line 43 as $164,981.00, whereas, as he then and there well knew and believed, the income and taxable income were substantially greater, all in violation of Title 26, United States Code, Section 7206(1).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KERRY S. BARON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CRAIG E. MESKIN,

Defendant.
_____/

CASE NO. _11-80079-CR-MARRA/Hopkins_

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)        Yes _____  No _____
Number of New Defendants   _____
Total number of counts     _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _No_
   List language and/or dialect  _____

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I   | 0 to 5 days    | _X_ |
   | II  | 6 to 10 days   | ___ |
   | III | 11 to 20 days  | ___ |
   | IV  | 21 to 60 days  | ___ |
   | V   | 61 days and over | ___ |

   (Check only one)

   | Petty   | ___ |
   | Minor   | ___ |
   | Misdem. | ___ |
   | Felony  | _X_ |

6. Has this case been previously filed in this District Court?  (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.  _N/A_
   Related Miscellaneous numbers:  _None_
   Defendant(s) in federal custody as of  _No_
   Defendant(s) in state custody as of  _No_
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

KERRY BARON
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500073

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **CRAIG E. MESKIN**

**Case No**:  *11-80079-CR-MARRA / HOPKINS*

Count #: 1   Fraud and false statements under penalties of perjury 26 U.S.C.§ 7206(1)

**\* Max. Penalty**:  3 years Imprisonment; $250,000 Fine.

Count  #:

**\*Max. Penalty:**

Count  #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: *11-80079-CR-MARRA/HOPKINS*

### BOND RECOMMENDATION

DEFENDANT: CRAIG E. MESKIN

$250,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   KERRY S. BARON

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   MICHELLE LAVORO

(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

SPECIAL AGENT, IRS